UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0173

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of Firearm by |
| DEREK HAYES ) | Prohibited Person |
| ) | |
| ) | 21 U.S.C. § 844(a) |
| ) | Simple Possession of a |
| ) | Controlled Substance |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 10, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**DEREK HAYES**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, the following firearms: a SCCY Industries, Model CPX-2 9mm pistol, and a Ruger, Model SP101 .357 magnum pistol, both of which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Simple Possession of Controlled Substances*
21 U.S.C. § 844(a)

On or about October 10, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**DEREK HAYES**,

knowingly and intentionally possessed a detectable amount of cocaine, a Schedule II controlled substance, and a detectable amount of marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

Before **DEREK HAYES** committed the offense charged in this count, he had a final conviction for a drug offense, namely, a conviction for Sale of Cocaine in violation of O.C.G.A. § 16-13-30(b).

## **FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **DEREK HAYES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: a SCCY Industries, Model CPX-2 9mm pistol (S/N 390004), a Ruger, Model SP101 .357 magnum pistol (S/N 570-64379), 13 rounds of 9mm ammunition, and 5 rounds of .357 ammunition.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
[Foreperson signature]

_____
David H. Estes
Acting United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division